AMY ESKIN, ESQ., CA State Bar No. 127668
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
(415) 441-5544

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| MARY KERTZMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.), and DOES ONE through FIFTY. <br><br> Defendants. | Case No. 06-4590 <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COMPLAINT

COMES NOW Plaintiff MARY KERTZMAN and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 3/7, 2007

HERSH & HERSH
A Professional Corporation

By _____
AMY ESKIN
Attorneys for Plaintiff

DATED: 3-8, 2007

By _____
STUART M. GORDON
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: March 9, 2007

By _____
HON.



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA