1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
4  418 N. FAIR OAKS AVENUE, SUITE 202
   Pasadena, California 91103
5  Telephone:  (626) 685-9800
   Facsimile:  (626) 685-9808
6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  _____  )
                                      )  Case Specific Number C 06-4590 CRB
12  IN RE: BEXTRA AND CELEBREX        )
    MARKETING SALES PRACTICES AND     )
13  PRODUCT LIABILITY LITIGATION      )  MDL NO. 1699
                                      )  District Judge: Charles R. Breyer
14  _____  )
                                      )
15  ROSEVELT CAIN; LAUREN CAMPLYN;    )
    SHEILA CUESTA; ESTER DUDLEY; DAVID)
16  DURAN; WILLIAM GREENE; ELLEN      )
    IVESTER; INEZ KIRKMAN; TONI KUHN; )  STIPULATION AND ORDER OF
17  LETICIA RANGEL; SUSAN SKINNER;    )  DISMISSAL WITH PREJUDICE
    NIKKI SPENCER; ETTA TAYLOR        )
18                                    )
                       Plaintiffs,    )
19            vs.                     )
                                      )
20  Pfizer, Inc., et al.              )
                       Defendants.    )
21  _____  )

22       Come now the Plaintiff, ROSEVELT CAIN and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

25  fees and costs.

26
       DATED: May 4, 2009       By: /s/ Hector G. Gancedo
27                                  Hector G. Gancedo
28
                                Attorneys for Plaintiff, ROSEVELT CAIN
                                             -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: ___June 2___, 2009    By: _/s/_____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _June 5, 2009_

Hon. Charles R. Breyer
United States District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**