1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
   418 N. FAIR OAKS AVENUE, SUITE 202
4  Pasadena, California 91103
5  Telephone: (626) 685-9800
   Facsimile: (626) 685-9808
6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  _____  )
                                               )  Case Specific Number C 06-4590 CRB
12  IN RE: BEXTRA AND CELEBREX                 )
    MARKETING SALES PRACTICES AND              )
13  PRODUCT LIABILITY LITIGATION               )  MDL NO. 1699
                                               )  District Judge: Charles R. Breyer
14  _____  )
                                               )
15  ROSEVELT CAIN; LAUREN CAMPLYN;             )
    SHEILA CUESTA; ESTER DUDLEY; DAVID         )
16  DURAN; WILLIAM GREENE; ELLEN               )
    IVESTER; INEZ KIRKMAN; TONI KUHN;          )  STIPULATION AND ORDER OF
17  LETICIA RANGEL; SUSAN SKINNER;             )  DISMISSAL WITH PREJUDICE
    NIKKI SPENCER; ETTA TAYLOR                 )
18                                             )
                        Plaintiffs,            )
19              vs.                            )
                                               )
20  Pfizer, Inc., et al.                       )
                        Defendants.            )
21  _____  )

22      Come now the Plaintiff, INEZ KIRKMAN and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

25  fees and costs.

26
        DATED: May 4, 2009        By: _____
27                                        Hector G. Gancedo

28
                        Attorneys for Plaintiff, Inez Kirkman
                                       -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| DATED: June 2, 2009 | By: _____ |

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009

Hon. Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**