Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, SUITE 202
Pasadena, California 91103
Telephone: (626) 685-9800
Facsimile: (626) 685-9808
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06-4590 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| ROSEVELT CAIN; LAUREN CAMPLYN; SHEILA CUESTA; ESTER DUDLEY; DAVID DURAN; WILLIAM GREENE; ELLEN IVESTER; INEZ KIRKMAN; TONI KUHN; LETICIA RANGEL; SUSAN SKINNER; NIKKI SPENCER; ETTA TAYLOR<br><br>Plaintiffs,<br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, TONI KUHN and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 4, 2009       By: _/s/ Hector G. Gancedo_
                                             Hector G. Gancedo

Attorneys for Plaintiff, Toni Kuhn

-1-

1  DATED: June 2, 2009    By: _____

2
                              DLA PIPER LLP (US)
3                             1251 Avenue of the Americas
                              New York, NY 10020
4                             Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501
5                             *Defendants' Liaison Counsel*

6

7

8
   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
9  IT IS SO ORDERED.**

10

11  Dated: June 5, 2009       _____
                              Hon. Charles R. Breyer
12                            United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**