Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, SUITE 202
Pasadena, California 91103
Telephone:  (626) 685-9800
Facsimile:  (626) 685-9808
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06-4590 CRB<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| ROSEVELT CAIN; LAUREN CAMPLYN; SHEILA CUESTA; ESTER DUDLEY; DAVID DURAN; WILLIAM GREENE; ELLEN IVESTER; INEZ KIRKMAN; TONI KUHN; LETICIA RANGEL; SUSAN SKINNER; NIKKI SPENCER; ETTA TAYLOR<br><br>                    Plaintiffs,<br>vs.<br><br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, LETICIA RANGEL and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 4, 2009        By: /s/ Hector G. Gancedo
                                            Hector G. Gancedo

Attorneys for Plaintiff, Leticia Rangel

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Case 3:06-cv-04590-CRB   Document 31   Filed 06/17/09   Page 2 of 2

DATED: June 2, 2009      By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009      _____
Hon. Charles R. Breyer
United States District C[ourt]

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**