1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
4  418 N. FAIR OAKS AVENUE, SUITE 202
   Pasadena, California 91103
5  Telephone: (626) 685-9800
   Facsimile: (626) 685-9808
6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   _____     )
12                                        )   Case Specific Number C 06-4590 CRB
   IN RE: BEXTRA AND CELEBREX             )
13 MARKETING SALES PRACTICES AND          )
   PRODUCT LIABILITY LITIGATION           )   MDL NO. 1699
14 _____       )   District Judge:  Charles R. Breyer
                                          )
15 ROSEVELT CAIN; LAUREN CAMPLYN;         )
   SHEILA CUESTA; ESTER DUDLEY; DAVID     )
16 DURAN; WILLIAM GREENE; ELLEN           )
   IVESTER; INEZ KIRKMAN; TONI KUHN;      )   STIPULATION AND ORDER OF
17 LETICIA RANGEL; SUSAN SKINNER;         )   DISMISSAL WITH PREJUDICE
   NIKKI SPENCER; ETTA TAYLOR             )
18                                        )
                        Plaintiffs,       )
19            vs.                         )
                                          )
20 Pfizer, Inc., et al.                   )
                        Defendants.       )
21 _____       )

22        Come now the Plaintiff, SUSAN SKINNER and Defendants, by and through the

23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24 stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

25 fees and costs.

26
          DATED: May 4, 2009     By: _____
27                                      Hector G. Gancedo
28
                               Attorneys for Plaintiff, Susan Skinner
                                         -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

DATED:  June 2 , 2009       By:_____

2

3                                    DLA PIPER LLP (US)
                                     1251 Avenue of the Americas
4                                    New York, NY 10020
                                     Telephone:  (212) 335-4500
5                                    Facsimile:  (212) 335-4501
                                     *Defendants' Liaison Counsel*

6

7

8

9    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

10

11

     Dated: _ June 5, 2009 _
12
                                     _____
                                     Hon. Charles R. Breyer
13                                   United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE