1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
4  418 N. FAIR OAKS AVENUE, SUITE 202
   Pasadena, California 91103
5  Telephone: (626) 685-9800
   Facsimile: (626) 685-9808
6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
                                              )
12  IN RE: BEXTRA AND CELEBREX                ) Case Specific Number C 06-4590 CRB
    MARKETING SALES PRACTICES AND             )
13  PRODUCT LIABILITY LITIGATION              ) **MDL NO. 1699**
                                              ) District Judge: Charles R. Breyer
14  _____)
                                              )
15  ROSEVELT CAIN; LAUREN CAMPLYN;            )
    SHEILA CUESTA; ESTER DUDLEY; DAVID        )
16  DURAN; WILLIAM GREENE; ELLEN              )
    IVESTER; INEZ KIRKMAN; TONI KUHN;         ) **STIPULATION AND ORDER OF**
17  LETICIA RANGEL; SUSAN SKINNER;            ) **DISMISSAL WITH PREJUDICE**
    NIKKI SPENCER; ETTA TAYLOR                )
18                                            )
                      Plaintiffs,             )
19               vs.                          )
                                              )
20  Pfizer, Inc., et al.                      )
                      Defendants.             )
21  _____)

22      Come now the Plaintiff, NIKKI SPENCER and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

25  fees and costs.

26
    DATED: May 4, 2009       By: _____
27                                   Hector G. Gancedo
28
                            Attorneys for Plaintiff, Nikki Spencer
                                         -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: June 2, 2009   By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009

Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE